STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN DAQUINO *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:  56 *N. J. Super.* 230.

*Mr. Frank J. Cavico* and *Mr. Sam Weiss* for the petitioners.

*Mr. Brendan T. Byrne, Mr. Joseph P. Lordi* and *Mr. Francis A. Mulhern* for the respondents.

October 5, 1959.   Denied.

SUE SHOVLIN *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE DUTCH HOUSE, INC., DEFENDANT-PETITIONER.

*Messrs. Stevenson & Willette* for the petitioner.

*Mr. Nathan S. Goldman* and *Mr. Herman J. Ziegler* for the respondents.

October 5, 1959.   Denied.